UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE No.: 6:25-cv-02239-PGB-RMN

TAVIA WAGNER,

    Plaintiff,

vs.

SWETMAN BUILDING, LLLP,
and BOCA WP, LLC, d/b/a BOCA
KITCHEN BAR AND MARKET,

    Defendants.

_____/

## ANSWERS TO COURT INTERROGATORIES

1. Residence address

    I live at 1006 N. Florida Avenue, Deland, Florida.

2. Name of current employer and place of employment.

    I am disabled and unemployed.

3. Date(s) and time(s) that you visited the facility.

    I visited on October 14, 2025.

4. Purpose of your visit(s) and duration of your stay(s).

    I made a purchase. I was there for approximately 1 hour.

5. Did anyone else accompany you? If so, who?

    Yes, my sister Marla Shaw.

1

6. Describe the nature of your disability.

   I have Spina Bifida and use a wheelchair for mobility purposes.

7. Specifically list each of the architectural barriers which you personally observed or experienced at this facility.

   I encountered:

**<u>VIOLATIONS</u>**

    a) Failure to provide ADA compliant number of exterior table seating, in violation 2023 FAC and 2010 ADAS Section 227.3.

    b) Failure to provide ADA compliant exterior table clearances, in violation 2023 FAC and 2010 ADAS Section 306.1.

    c) Failure to provide ADA compliant number of interior table seating, in violation 2023 FAC and 2010 ADAS Section 227.3.

    d) Failure to provide ADA compliant interior table clearances, in violation 2023 FAC, 2014 FAC and 2010 ADAS Section 306.1.

    e) Failure to provide ADA compliant bar counter height, in violation 2023 FAC and 2010 ADAS Section 904.4.1 and 904.4.2.

    f) Failure to provide ADA compliant bar counter clear floor space, in violation 2023 FAC and 2010 ADAS Section 904.4.1.

    g) Failure to provide ADA compliant clear floor space throughout the subject facility, in violation 2023 FAC and 2010 ADAS Section 403.5.1.

h) Failure to provide ADA compliant directional signage to accessible restroom, in violation 2023 FAC and 2010 ADAS Section 216.8.

i) Failure to provide ADA compliant insulated pipes, in violation 2023 FAC and 2010 ADAS Section 606.5.

j) Failure to provide ADA compliant mirror, in violation 2023 FAC and 2010 ADAS Section 603.3.

k) Failure to provide ADA compliant, unobstructed, lavatory/toilet clear floor space, in violation 2023 FAC and 2010 ADAS Section 604.3.1.

l) Failure to provide ADA compliant toilet rear grab bar, in violation 2023 FAC and 2010 ADAS Section 609.4. (height)

m) Failure to provide ADA compliant toilet rear grab bar, in violation 2023 FAC and 2010 ADAS Section 604.5.2. (extension)

n) Failure to provide ADA compliant toilet side grab bar, in violation 2023 FAC and 2010 ADAS Section 609.4. (height)

o) Failure to provide ADA compliant toilet side grab bar, in violation 2023 FAC and 2010 ADAS Section 604.5.1. (extension)

p) Failure to provide ADA compliant toilet paper dispenser location, in violation 2023 FAC and 2010 ADAS Section 604.7.

    q)   Failure to provide ADA compliant toilet clear floor space, due, in part, to obstructing trash receptable, in violation 2023 FAC and 2010 ADAS Section 604.3.1.

8. Did you take notes or make a contemporaneous record of these barriers? If so, please attach a copy to these Answers.

See receipt attached hereto.

9. Please list any other Title III cases in which you have been a party in this District.

See case list attached hereto.

*Tavia Wagner* (signature)
Tavia Wagner

**JURAT**

STATE OF FLORIDA
COUNTY OF VOLUSIA

Subscribed and sworn to (or affirmed) before me this

_____2_____ day of _December_, 2025

by _Sherri Matthews_
(Name of Signer)

_Sherri Matthews_
(Signature of Notary Public)

My Commission Expires _9-9-28_

Personally Known _X_ or Produced Identification _____
What type of Identification Produced – Driver's License _____ ID _____
_X_ Signed In My Physical Presence

DESCRIPTION OF THE ATTACHED DOCUMENT

Title or Type of Document <u>Answers to Court Interrogatories</u>

Document Date _____ Number of Pages _____

Signer(s) Other Than Above <u>None</u>



SHERRI MATTHEWS
Notary Public
State of Florida
Comm# HH589308
Expires 9/9/2028

5