```
                    Boca
               358 N Park Ave
             Winter Park, FL 32789


Server: Alicia A              Table 406
Check #76
Guest Count: 2
Ordered:                  10/14/25 2:59 PM


2 TURKEY BLT                    $36.00
ICED TEA                         $4.25

Subtotal                        $40.25
Tax                              $2.62
Total                           $42.87

Input Type              C (EMV Chip Read)
Debit Mastercard           xxxxxxxx6326
Time                            3:51 PM

Transaction Type                   Sale
Authorization                  Approved
Approval Code                    155716
Payment ID               FbWXcTrq7HtT
Application ID        A0000000041010
Application Label      Debit Mastercard
Terminal ID
Card Reader                       BBPOS


          Amount            $42.87

          + Tip:  _____

          = Total: _____



       X_____



                  Merchant Copy
```