# Select A Case

**Tavia Wagner is a plaintiff in 350 cases.**

| | | | |
|---|---|---|---|
| [3:18-cv-00278-BJD-PDB](#) | Wagner v. Old Kings Highway Associates, Ltd. et al | filed 02/23/18 | closed 05/10/18 |
| [3:18-cv-01053-BJD-J_T](#) | Wagner v. Gerald and Claudia's Oceanview Plaza, LLC et al | filed 08/29/18 | closed 02/08/19 |
| [3:18-cv-01054-TJC-PDB](#) | Wagner v. Wilson et al | filed 08/29/18 | closed 08/08/19 |
| [3:18-cv-01055-BJD-J_K](#) | Wagner v. NJCX,LLC et al | filed 08/29/18 | closed 12/13/18 |
| [3:19-cv-00488-TJC-PDB](#) | Wagner v. H.P. Rental, Inc. et al | filed 04/16/19 | closed 12/02/19 |
| [3:19-cv-00626-MMH-J_K](#) | Wagner v. H.T. Gilbert Enterprises, Inc. et al | filed 05/28/19 | closed 06/27/19 |
| [3:25-cv-00220-HES-LLL](#) | Wagner v. Moody Boulevard Associates LLC et al | filed 02/28/25 | closed 07/23/25 |
| [3:25-cv-00222-TJC-SJH](#) | Wagner v. Hing Wong Fat Corp et al | filed 02/28/25 | closed 05/07/25 |
| [3:25-cv-00494-WWB-LLL](#) | Wagner v. Shri Aadinath Corp et al | filed 05/01/25 | closed 06/27/25 |
| [3:25-cv-01105-JEP-SJH](#) | Wagner v. Quantum Cowboys LLC | filed 09/17/25 | |
| [6:16-cv-01267-JA-G_K](#) | Wagner v. Lovely Group Investments, Inc. et al | filed 07/15/16 | closed 11/28/16 |
| [6:16-cv-01269-PGB-T_S](#) | Wagner v. Azam et al | filed 07/15/16 | closed 01/23/17 |

| [6:16-cv-01330-CEM-KRS](#) | Wagner v. Heng Enterprises, Inc. et al | filed 07/25/16 | closed 12/12/16 |
| [6:16-cv-01331-RBD-KRS](#) | Wagner v. Kevin Incorporated et al | filed 07/25/16 | closed 11/22/16 |
| [6:16-cv-01975-ACC-G_K](#) | Collins v. Gatlin Brothers of Daytona Beach, LLC et al | filed 11/10/16 | closed 02/28/17 |
| [6:16-cv-01982-GAP-T_S](#) | Wagner v. Heidner Hoffmann LLC et al | filed 11/14/16 | closed 02/17/17 |
| [6:16-cv-02018-RBD-DCI](#) | Wagner v. Belly Busters of Deland Inc. | filed 11/18/16 | closed 03/07/17 |
| [6:17-cv-00139-ACC-KRS](#) | Wagner v. Winston Real Estate, Inc. et al | filed 01/26/17 | closed 03/27/17 |
| [6:17-cv-00140-CEM-DCI](#) | Wagner v. Bordenga et al | filed 01/26/17 | closed 03/27/17 |
| [6:17-cv-00149-GAP-DCI](#) | Wagner v. Abril Enterprises Inc et al | filed 01/27/17 | closed 03/21/17 |
| [6:17-cv-00150-ACC-KRS](#) | Wagner v. WB Station LLC | filed 01/27/17 | closed 04/14/17 |
| [6:17-cv-01783-PGB-KRS](#) | Wagner v. Sobik et al | filed 10/13/17 | closed 12/06/18 |
| [6:17-cv-1818-ACC-G_K](#) | Wagner v. HTLC Properties, LLC et al | filed 10/20/17 | closed 01/10/18 |
| [6:17-cv-1863-GAP-DCI](#) | Wagner v. Nason et al | filed 10/27/17 | closed 11/26/18 |
| [6:18-cv-00037-JA-KRS](#) | Wagner v. Gator Riverwood, LLC et al | filed 01/08/18 | closed 05/11/18 |
| [6:18-cv-00439-JA-KRS](#) | Wagner v. Volusia Mall, LLC et al | filed 03/22/18 | closed 09/06/18 |

| 6:18-cv-00728-RBD-G_K | Wagner v. Shanri Holdings Corp. et al | filed 05/11/18 | closed 08/08/18 |
| 6:18-cv-00729-PGB-KRS | Wagner v. Shanri Holdings Corp. et al | filed 05/11/18 | closed 07/10/18 |
| 6:18-cv-00730-CEM-KRS | Wagner v. GC WEN FL, LLC et al | filed 05/11/18 | closed 06/05/18 |
| 6:18-cv-00901-GAP-G_K | Wagner v. Shanri Holdings Corp. et al | filed 06/08/18 | closed 08/10/18 |
| 6:18-cv-00903-PGB-T_S | Wagner v. Brandywine Properties, LLC et al | filed 06/08/18 | closed 12/11/18 |
| 6:18-cv-00904-GAP-G_K | Wagner v. Shanri Holdings Corp. et al | filed 06/08/18 | closed 12/12/18 |
| 6:18-cv-00989-CEM-DCI | Wagner v. OGV Enterprises, LLC | filed 06/25/18 | closed 01/08/19 |
| 6:18-cv-00990-CEM-KRS | Wagner v. McNab BBQ Deland, Inc. | filed 06/25/18 | closed 10/09/18 |
| 6:18-cv-01243-PGB-KRS | Wagner v. Hao & Han, LLC et al | filed 07/31/18 | closed 11/26/18 |
| 6:18-cv-01247-PGB-T_S | Wagner v. Lancet, Loftus, & Co. et al | filed 07/31/18 | closed 11/01/18 |
| 6:18-cv-01310-GAP-T_S | Wagner v. Deland Victoria, LLC. et al | filed 08/10/18 | closed 01/03/19 |
| 6:18-cv-01311-RBD-DCI | Wagner v. Deland Victoria, LLC. et al | filed 08/10/18 | closed 01/09/19 |
| 6:18-cv-01312-CEM-T_S | Wagner v. Deland Victoria, LLC. et al | filed 08/10/18 | closed 02/11/19 |
| 6:18-cv-01714-ACC-KRS | Wagner v. West Volusia Investors, Inc. et al | filed 10/12/18 | closed 11/09/18 |

| | | | |
|---|---|---|---|
| [6:18-cv-01716-PGB-LHP](#) | Wagner v. West Volusia Investors, LLC et al | filed 10/12/18 | closed 04/11/19 |
| [6:18-cv-01886-RBD-DCI](#) | Wagner v. HS Land Holding, LTD. et al | filed 11/02/18 | closed 02/08/19 |
| [6:18-cv-02040-PGB-DCI](#) | Wagner v. Victorium Corporation | filed 11/27/18 | closed 02/12/19 |
| [6:18-cv-02041-ACC-G_K](#) | Wagner v. Bellini Florence Tr et al | filed 11/27/18 | closed 01/28/19 |
| [6:18-cv-02071-JA-G_K](#) | Wagner v. Mirino et al | filed 12/01/18 | closed 01/18/19 |
| [6:18-cv-02072-ACC-T_S](#) | Wagner v. Donidea, LLC et al | filed 12/01/18 | closed 02/07/19 |
| [6:19-cv-00029-GAP-T_S](#) | Wagner v. Andrews et al | filed 01/07/19 | closed 04/03/19 |
| [6:19-cv-00150-CEM-G_K](#) | Wagner v. Four Townes, LLC et al | filed 01/23/19 | closed 07/17/19 |
| [6:19-cv-00462-PGB-LHP](#) | Wagner v. Real Sub, LLC et al | filed 03/11/19 | closed 04/23/20 |
| [6:19-cv-00463-PGB-T_S](#) | Wagner v. Florida Sub Systems, Inc. | filed 03/11/19 | closed 04/11/19 |
| [6:19-cv-00575-PGB-LHP](#) | Wagner v. Spring Garden Foods, Inc. | filed 03/25/19 | closed 04/29/19 |
| [6:19-cv-00576-RBD-G_K](#) | Wagner v. Trivett et al | filed 03/25/19 | closed 07/02/19 |
| [6:19-cv-00621-GAP-G_K](#) | Wagner v. Mbn Ltd et al | filed 04/01/19 | closed 05/30/19 |
| [6:19-cv-00625-RBD-DCI](#) | Wagner v. Demer Deland Development, Inc. et al | filed 04/01/19 | closed 09/16/19 |

| [6:19-cv-00672-RBD-LHP](#) | Wagner v. Sunshine Realty Partners, LLC et al | filed 04/09/19 | closed 05/13/19 |
|---|---|---|---|
| [6:19-cv-00717-GAP-DCI](#) | Wagner v. H.P. Rental, Inc. et al | filed 04/16/19 | closed 04/30/19 |
| [6:19-cv-00917-PGB-LHP](#) | Wagner v. Smith et al | filed 05/15/19 | closed 08/14/19 |
| [6:19-cv-00994-PGB-G_K](#) | Wagner v. Conklin et al | filed 05/29/19 | closed 12/17/19 |
| [6:19-cv-00998-RBD-DCI](#) | Wagner v. Dark Horse Properties, LLC et al | filed 05/29/19 | closed 11/26/19 |
| [6:19-cv-01035-RBD-E_K](#) | Wagner v. Obrien et al | filed 06/05/19 | closed 10/22/19 |
| [6:19-cv-01090-RBD-E_K](#) | Wagner v. Panita Food, Inc. et al | filed 06/13/19 | closed 07/23/19 |
| [6:19-cv-01091-CEM-DCI](#) | Wagner v. Balkam LLC | filed 06/13/19 | closed 07/11/19 |
| [6:19-cv-01123-WWB-G_K](#) | Wagner v. Beach Shop & Save, LLC. | filed 06/18/19 | closed 02/19/20 |
| [6:19-cv-01124-PGB-DCI](#) | Wagner v. Lovece Vincent TR et al | filed 06/18/19 | closed 04/07/20 |
| [6:19-cv-01128-CEM-DCI](#) | Wagner v. Jones et al | filed 06/19/19 | closed 12/03/19 |
| [6:19-cv-01146-PGB-DCI](#) | Wagner v. Ainsworth Properties, LLC et al | filed 06/21/19 | closed 08/22/19 |
| [6:19-cv-01276-RBD-G_K](#) | Wagner v. Our Deck Down Under, LLC | filed 07/11/19 | closed 08/14/19 |
| [6:19-cv-01315-CEM-E_K](#) | Wagner v. Dairy Bar LLC et al | filed 07/17/19 | closed 09/04/19 |

| | | | |
|---|---|---|---|
| [6:19-cv-01336-CEM-G_K](#) | Wagner v. Squillante et al | filed 07/22/19 | closed 10/04/19 |
| [6:19-cv-01339-PGB-G_K](#) | Wagner v. Via Genovese, LLC et al | filed 07/22/19 | closed 09/17/19 |
| [6:19-cv-01452-CEM-G_K](#) | Wagner v. Port Orange Marina, Inc. et al | filed 08/06/19 | closed 11/15/19 |
| [6:19-cv-01790-WWB-LHP](#) | Wagner v. Alfie's Restaurant Inc. | filed 09/16/19 | closed 11/19/19 |
| [6:19-cv-01791-CEM-E_K](#) | Wagner v. Deep Petroleum, Inc. | filed 09/16/19 | closed 12/10/19 |
| [6:19-cv-01876-GAP-DCI](#) | Wagner v. JJC Property Management, LLC et al | filed 10/01/19 | closed 04/29/20 |
| [6:19-cv-01883-GAP-LHP](#) | Wagner v. Circle K Stores, Inc. | filed 10/02/19 | closed 03/05/20 |
| [6:19-cv-02188-RBD-E_K](#) | Wagner v. ECF Property LLC et al | filed 11/18/19 | closed 02/19/20 |
| [6:19-cv-02189-ACC-E_K](#) | Wagner v. International Brew, Inc. | filed 11/18/19 | closed 06/25/20 |
| [6:19-cv-02199-ACC-G_K](#) | Wagner v. Forguson et al | filed 11/19/19 | closed 01/16/20 |
| [6:19-cv-02339-CEM-G_K](#) | Wagner v. Maitland Fruit Co. et al | filed 12/12/19 | closed 01/27/20 |
| [6:19-cv-02340-WWB-DCI](#) | Wagner v. Chang et al | filed 12/12/19 | closed 03/03/20 |
| [6:19-cv-02450-PGB-DCI](#) | Wagner v. Fratellis Pizzeria & Italian Restaurant Inc. | filed 12/30/19 | closed 02/28/20 |
| [6:20-cv-00141-PGB-G_K](#) | Wagner v. Yeluri Ramesh & Krishna TR et al | filed 01/28/20 | closed 04/21/20 |

| [6:20-cv-00142-RBD-LHP](#) | Wagner v. Fantasy Island LLC et al | filed 01/28/20 | closed 03/25/20 |
| [6:20-cv-00196-WWB-DCI](#) | Wagner v. ARC Cafeusa001, LLC et al | filed 02/06/20 | closed 07/16/20 |
| [6:20-cv-00267-PGB-LHP](#) | Wagner v. Trimble et al | filed 02/17/20 | closed 06/09/20 |
| [6:20-cv-00438-GAP-LHP](#) | Wagner v. Century Nationwide Properties LLC et al | filed 03/10/20 | closed 04/28/20 |
| [6:20-cv-00439-CEM-DCI](#) | Wagner v. Castaway Restaurant Group LLC | filed 03/10/20 | closed 05/11/20 |
| [6:20-cv-00440-RBD-DCI](#) | Wagner v. Zarbo et al | filed 03/10/20 | closed 04/16/20 |
| [6:20-cv-00825-ACC-LHP](#) | Wagner v. Hawaiian Inn Beach Resort Condominium Association Inc. et al | filed 05/12/20 | closed 06/11/20 |
| [6:20-cv-00826-CEM-LHP](#) | Wagner v. Kim's Food And Gas Inc. et al | filed 05/12/20 | closed 08/18/20 |
| [6:20-cv-00887-CEM-DCI](#) | Wagner v. Michael J. Forest TRS et al | filed 05/25/20 | closed 11/05/20 |
| [6:20-cv-00888-WWB-DCI](#) | Wagner v. Circle K Stores Inc. | filed 05/25/20 | closed 07/07/20 |
| [6:20-cv-00889-PGB-LHP](#) | Wagner v. Monu Enterprises Inc. | filed 05/25/20 | closed 12/04/20 |
| [6:20-cv-00894-CEM-DCI](#) | Wagner v. Vishkurti et al | filed 05/26/20 | closed 09/28/20 |
| [6:20-cv-01048-WWB-E_K](#) | Wagner v. Christina & Dino Inc. | filed 06/15/20 | closed 10/26/20 |
| [6:20-cv-01059-ACC-DCI](#) | Wagner v. Alegria Investments LLC et al | filed 06/15/20 | closed 08/05/20 |

| [6:20-cv-01088-PGB-LHP](#) | Wagner v. Tomoka Plaza LLC et al | filed 06/19/20 | closed 08/25/20 |
| --- | --- | --- | --- |
| [6:20-cv-01095-GAP-LHP](#) | Wagner v. Jay Pritam Inc. et al | filed 06/19/20 | closed 04/16/21 |
| [6:20-cv-01206-ACC-DCI](#) | Wagner v. Global Plaza USA Inc. et al | filed 07/08/20 | closed 04/20/21 |
| [6:20-cv-01207-ACC-E_K](#) | Wagner v. Barracuda Stations LLC et al | filed 07/08/20 | closed 12/18/20 |
| [6:20-cv-01209-RBD-LHP](#) | Wagner v. Sairam 300 LLC et al | filed 07/08/20 | closed 03/04/21 |
| [6:20-cv-01216-GAP-G_K](#) | Wagner v. Ray Service Station Inc. | filed 07/08/20 | closed 08/20/20 |
| [6:20-cv-01217-ACC-DCI](#) | Wagner v. Giniya International Corporation | filed 07/08/20 | closed 04/16/21 |
| [6:20-cv-01418-PGB-DCI](#) | Wagner v. Karoona Holdings LLC et al | filed 08/10/20 | closed 10/09/20 |
| [6:20-cv-01419-RBD-G_K](#) | Wagner v. 7-Eleven, Inc. et al | filed 08/10/20 | closed 01/28/21 |
| [6:20-cv-01420-GAP-LHP](#) | Wagner v. Now Inc. | filed 08/10/20 | closed 09/15/20 |
| [6:20-cv-01421-WWB-LHP](#) | Wagner v. Taqueria Juanita Corp. | filed 08/10/20 | closed 10/26/20 |
| [6:20-cv-01422-PGB-E_K](#) | Wagner v. BW Dix Inc. et al | filed 08/10/20 | closed 01/04/21 |
| [6:20-cv-01423-GAP-DCI](#) | Wagner v. 7-Eleven Inc. | filed 08/10/20 | closed 03/01/21 |
| [6:20-cv-01498-CEM-DCI](#) | Wagner v. Mas Food Mart, Inc. | filed 08/19/20 | closed 02/23/21 |

| [6:20-cv-01499-WWB-G_K](#) | Wagner v. Mahdiya Group Inc. | filed 08/19/20 | closed 10/08/20 |
| [6:20-cv-01500-CEM-E_K](#) | Wagner v. Tyagi et al | filed 08/19/20 | closed 10/26/20 |
| [6:20-cv-01501-CEM-E_K](#) | Wagner v. Kassab et al | filed 08/19/20 | closed 12/07/20 |
| [6:20-cv-01502-WWB-E_K](#) | Wagner v. AAO Stores LLC et al | filed 08/19/20 | closed 10/05/20 |
| [6:20-cv-01503-GAP-E_K](#) | Wagner v. Krishna 5 LLC et al | filed 08/19/20 | closed 04/16/21 |
| [6:20-cv-01572-RBD-G_K](#) | Wagner v. Circle K Stores Inc. et al | filed 08/28/20 | closed 10/28/20 |
| [6:20-cv-01573-WWB-E_K](#) | Wagner v. M & R United Inc. et al | filed 08/28/20 | closed 10/05/20 |
| [6:20-cv-01574-WWB-G_K](#) | Wagner v. MSG Ormond Land L.L.C. et al | filed 08/28/20 | closed 10/26/20 |
| [6:20-cv-01575-PGB-DCI](#) | Wagner v. PREM Investments Inc. et al | filed 08/28/20 | closed 10/08/20 |
| [6:20-cv-01707-RBD-LHP](#) | Wagner v. City of Daytona Beach et al | filed 09/18/20 | closed 02/08/21 |
| [6:20-cv-01708-PGB-LHP](#) | Wagner v. Marias Corporation et al | filed 09/18/20 | closed 04/16/21 |
| [6:20-cv-01709-CEM-LHP](#) | Wagner v. 323 Flagler Avenue LLC et al | filed 09/18/20 | closed 07/07/21 |
| [6:20-cv-01710-CEM-G_K](#) | Wagner v. IHOP Ormond, LLC et al | filed 09/18/20 | closed 11/04/20 |
| [6:20-cv-01711-CEM-G_K](#) | Wagner v. Discount Auto Parts LLC | filed 09/18/20 | closed 10/27/20 |

| [6:20-cv-01712-PGB-LHP](#) | Wagner v. Vrochopoulos et al | filed 09/18/20 | closed 10/28/20 |
|---|---|---|---|
| [6:20-cv-01764-RBD-DCI](#) | Wagner v. Derby Plaza Properties LLC et al | filed 09/27/20 | closed 03/16/21 |
| [6:20-cv-01765-RBD-E_K](#) | Wagner v. Turanib Corporation | filed 09/27/20 | closed 05/24/21 |
| [6:20-cv-01766-PGB-E_K](#) | Wagner v. Carner's Investment LLC et al | filed 09/27/20 | closed 01/29/21 |
| [6:20-cv-01928-CEM-G_K](#) | Wagner v. MJB Chelsea Ocean Village, LLC et al | filed 10/19/20 | closed 04/26/21 |
| [6:20-cv-01929-ACC-G_K](#) | Wagner v. Ocean East Resort Club Association Inc. et al | filed 10/19/20 | closed 12/17/20 |
| [6:20-cv-01933-ACC-LHP](#) | Wagner v. Garriques Robert M. Tr et al | filed 10/19/20 | closed 03/25/21 |
| [6:20-cv-02020-ACC-G_K](#) | Wagner v. Khalil et al | filed 10/31/20 | closed 04/13/21 |
| [6:20-cv-02021-CEM-G_K](#) | Wagner v. Khiur Properties Inc. | filed 10/31/20 | closed 04/21/21 |
| [6:20-cv-02032-PGB-G_K](#) | Wagner v. Delta Petro Inc. et al | filed 11/02/20 | closed 01/07/21 |
| [6:20-cv-02274-GAP-LHP](#) | Wagner v. Sterner Daytona LLC et al | filed 12/15/20 | closed 01/29/21 |
| [6:20-cv-02308-PGB-DCI](#) | Wagner v. Norwoods Inc. | filed 12/18/20 | closed 03/01/21 |
| [6:20-cv-02309-WWB-LHP](#) | Wagner v. EAC Family Limited Partnership et al | filed 12/18/20 | closed 02/04/21 |
| [6:21-cv-00006-WWB-E_K](#) | Wagner v. Floridas Finest French Bakery, Inc. | filed 01/04/21 | closed 02/05/21 |

| [6:21-cv-00007-RBD-DCI](#) | Wagner v. Brock et al | filed 01/04/21 | closed 03/23/21 |
|---|---|---|---|
| [6:21-cv-00209-CEM-LHP](#) | Wagner v. Morn John TR, Trust Number 3456 et al | filed 02/01/21 | closed 03/23/21 |
| [6:21-cv-00346-RBD-G_K](#) | Wagner v. OBC New Smyrna Beach, LLC et al | filed 02/22/21 | closed 06/17/21 |
| [6:21-cv-00347-PGB-E_K](#) | Wagner v. Calabro Enterprises Inc. | filed 02/22/21 | closed 05/07/21 |
| [6:21-cv-00702-PGB-DCI](#) | Wagner v. Robin D. Hanger TR et al | filed 04/21/21 | closed 08/10/21 |
| [6:21-cv-00704-CEM-DCI](#) | Wagner v. John Koutouzis TR et al | filed 04/21/21 | closed 12/07/21 |
| [6:21-cv-00705-PGB-LHP](#) | Wagner v. Ocean Shore Plaza, Ltd et al | filed 04/21/21 | closed 01/03/22 |
| [6:21-cv-00706-GAP-E_K](#) | Wagner v. Circle K Stores Inc. | filed 04/21/21 | closed 06/10/21 |
| [6:21-cv-00707-CEM-LHP](#) | Wagner v. Papa's Holdings, LLC et al | filed 04/21/21 | closed 10/06/21 |
| [6:21-cv-00708-WWB-E_K](#) | Wagner v. Ambayma LLC et al | filed 04/21/21 | closed 06/02/21 |
| [6:21-cv-00898-GAP-G_K](#) | Wagner v. Hulls Seafood Inc. et al | filed 05/24/21 | closed 10/14/21 |
| [6:21-cv-00899-CEM-DCI](#) | Wagner v. Brown et al | filed 05/24/21 | closed 08/11/21 |
| [6:21-cv-00900-GAP-G_K](#) | Wagner v. Eym Realty Of Florida LLC et al | filed 05/24/21 | closed 11/15/21 |
| [6:21-cv-00903-GAP-LHP](#) | Strickland v. Linda M. Samek, TRS et al | filed 05/25/21 | closed 09/07/21 |

| 6:21-cv-01026-CEM-DCI | Wagner v. Sauve et al | filed 06/16/21 | closed 09/09/21 |

| 6:21-cv-01027-RBD-E_K | Wagner v. Dirty Harrys Bar LLC et al | filed 06/16/21 | closed 08/17/21 |

| 6:21-cv-01028-PGB-LHP | Wagner v. Galbreath, et al | filed 06/16/21 | closed 09/02/21 |

| 6:21-cv-01029-PGB-E_K | Wagner v. Helkim Realty, LLC et al | filed 06/16/21 | closed 09/29/21 |

| 6:21-cv-01098-CEM-G_K | Wagner v. Highlander Corp. et al | filed 07/01/21 | closed 08/31/21 |

| 6:21-cv-01099-CEM-E_K | Wagner v. Highlander Corp. et al | filed 07/01/21 | closed 09/01/21 |

| 6:21-cv-01258-GAP-E_K | Wagner v. Horton et al | filed 08/04/21 | closed 08/23/21 |

| 6:21-cv-01259-PGB-DCI | Wagner v. Chris Pappas Rev Living Trust et al | filed 08/04/21 | closed 10/13/21 |

| 6:21-cv-01803-PGB-G_K | Wagner v. Marias Corporation et al | filed 10/28/21 | closed 12/10/21 |

| 6:21-cv-01804-CEM-LHP | Wagner v. 3406 Corporation et al | filed 10/28/21 | closed 12/14/21 |

| 6:21-cv-01960-ACC-G_K | Wagner v. Nice 'N Easy Oyster Bar & Grille Inc | filed 11/19/21 | closed 03/28/22 |

| 6:21-cv-02180-ACC-DCI | Wagner v. Lotus Management Group Inc. | filed 12/31/21 | closed 04/28/22 |

| 6:21-cv-02181-PGB-LHP | Wagner v. Bogausch et al | filed 12/31/21 | closed 05/06/22 |

| 6:21-cv-02182-RBD-E_K | Wagner v. Beard et al | filed 12/31/21 | closed 05/10/22 |

| [6:21-cv-02183-CEM-LHP](#) | Wagner v. Makled et al | filed 12/31/21 | closed 04/07/22 |
| [6:22-cv-00184-GAP-LHP](#) | Wagner v. Santilli et al | filed 01/31/22 | closed 06/16/22 |
| [6:22-cv-00477-RBD-E_K](#) | Wagner v. Gill Properties (US), LP et al | filed 03/07/22 | closed 04/21/22 |
| [6:22-cv-00478-PGB-G_K](#) | Wagner v. Sassin Enterprises, LLC et al | filed 03/07/22 | closed 06/10/22 |
| [6:22-cv-00633-WWB-E_K](#) | Wagner v. More For Your Money, Inc. | filed 03/30/22 | closed 06/28/22 |
| [6:22-cv-00634-RBD-E_K](#) | Wagner v. Knight et al | filed 03/30/22 | closed 08/01/22 |
| [6:22-cv-00888-WWB-DAB](#) | Wagner v. BG Land, LLC et al | filed 05/12/22 | closed 09/27/22 |
| [6:22-cv-01033-RBD-E_K](#) | Wagner v. Hess Retail Stores, LLC et al | filed 06/13/22 | closed 07/01/22 |
| [6:22-cv-01034-PGB-LHP](#) | Wagner v. University Boulevard Development, Inc. et al | filed 06/13/22 | closed 09/13/22 |
| [6:22-cv-01126-WWB-E_K](#) | Wagner v. Tres Hermanos LLC et al | filed 06/30/22 | closed 09/23/22 |
| [6:22-cv-01127-RBD-LHP](#) | Wagner v. Collegiate Square LLC et al | filed 06/30/22 | closed 09/06/22 |
| [6:22-cv-01409-WWB-DAB](#) | Wagner v. Risner et al | filed 08/09/22 | closed 10/21/22 |
| [6:22-cv-01411-WWB-E_K](#) | Wagner v. Maryland Fried Chicken Of Union Park, Inc. | filed 08/09/22 | closed 12/19/22 |
| [6:22-cv-01412-WWB-LHP](#) | Wagner v. Equity One (Alafaya Village) Inc. et al | filed 08/09/22 | closed 11/03/22 |

| [6:22-cv-01680-WWB-DCI](#) | Wagner v. Lollich et al | filed 09/15/22 | closed 11/29/22 |
|---|---|---|---|
| [6:22-cv-01681-PGB-E_K](#) | Wagner v. Shaffer Investments, LLC et al | filed 09/15/22 | closed 01/30/23 |
| [6:22-cv-01682-RBD-DAB](#) | Wagner v. Daytona Flea Market, LLC | filed 09/15/22 | closed 12/08/22 |
| [6:22-cv-01683-WWB-DCI](#) | Wagner v. Lechonera Orlando Restaurant, Inc | filed 09/15/22 | closed 01/03/23 |
| [6:22-cv-01684-PGB-DAB](#) | Wagner v. Lindy Lake Corporation et al | filed 09/15/22 | closed 02/15/23 |
| [6:22-cv-01866-PGB-DAB](#) | Wagner v. Kalynn Walden LLC et al | filed 10/11/22 | closed 01/05/23 |
| [6:22-cv-01867-RBD-E_K](#) | Wagner v. Peking Inc. et al | filed 10/11/22 | closed 03/10/23 |
| [6:22-cv-01868-CEM-DAB](#) | Wagner v. J.C.M. Partnership Ltd et al | filed 10/11/22 | closed 02/13/23 |
| [6:22-cv-01869-ACC-DCI](#) | Wagner v. John Sobik Jr Trust et al | filed 10/11/22 | closed 11/30/22 |
| [6:22-cv-01870-ACC-E_K](#) | Wagner v. Schmetterling, LLC et al | filed 10/11/22 | closed 01/03/23 |
| [6:22-cv-01871-PGB-E_K](#) | Wagner v. Radha Mahita Enterprises, LLC | filed 10/11/22 | closed 03/15/23 |
| [6:22-cv-02014-ACC-LHP](#) | Wagner v. Airport Lanes, LLC | filed 11/03/22 | closed 04/17/23 |
| [6:22-cv-02015-PGB-E_K](#) | Wagner v. Circle K Stores Inc. | filed 11/03/22 | closed 02/28/23 |
| [6:22-cv-02016-CEM-LHP](#) | Wagner v. Cumberland Farms Inc. | filed 11/03/22 | closed 12/01/22 |

| [6:22-cv-02017-CEM-LHP](#) | Wagner v. Trinity Trust Enterprise, Inc. et al | filed 11/03/22 | closed 12/08/22 |
|---|---|---|---|
| [6:22-cv-02018-CEM-E_K](#) | Wagner v. Inmobiliaria Property Holdings Corp. et al | filed 11/03/22 | closed 04/12/23 |
| [6:22-cv-02019-CEM-DCI](#) | Wagner v. Waffle House, Inc. et al | filed 11/03/22 | closed 12/27/22 |
| [6:22-cv-02213-ACC-E_K](#) | Wagner v. Caylor Zorina Trust et al | filed 11/30/22 | closed 06/01/23 |
| [6:22-cv-02214-CEM-DAB](#) | Wagner v. Midway Realty Holdings, LLC et al | filed 11/30/22 | closed 03/06/23 |
| [6:22-cv-02215-RBD-LHP](#) | Wagner v. Param Food, Inc. et al | filed 11/30/22 | closed 01/18/23 |
| [6:22-cv-02216-RBD-LHP](#) | Wagner v. ECA Buligo Providence Partners L.P. | filed 11/30/22 | closed 04/11/23 |
| [6:22-cv-02347-WWB-E_K](#) | Wagner v. Stream Smoke And Vape Inc. | filed 12/16/22 | closed 05/18/23 |
| [6:22-cv-02428-PGB-DAB](#) | Wagner v. Kusand Properties LLC et al | filed 12/30/22 | closed 02/03/23 |
| [6:22-cv-02429-RBD-RMN](#) | Wagner v. Sarika Investments LLC et al | filed 12/30/22 | closed 05/17/23 |
| [6:22-cv-02430-WWB-DCI](#) | Wagner v. KMS Realty Investments Inc et al | filed 12/30/22 | closed 03/22/23 |
| [6:22-cv-02431-WWB-E_K](#) | Wagner v. UN Enterprises Inc et al | filed 12/30/22 | closed 05/17/23 |
| [6:23-cv-00354-RBD-E_K](#) | Wagner v. Sibelius Realty LLC et al | filed 02/28/23 | closed 07/20/23 |
| [6:23-cv-00355-PGB-LHP](#) | Wagner v. Daytona Ridgewood LLC et al | filed 02/28/23 | closed 04/05/23 |

| [6:23-cv-00356-CEM-LHP](#) | Wagner v. Patsos et al | filed 02/28/23 | closed 04/04/23 |
| [6:23-cv-00357-PGB-E_K](#) | Wagner v. VDM Asset Holdings LLC et al | filed 02/28/23 | closed 04/11/23 |
| [6:23-cv-00358-RBD-E_K](#) | Wagner v. IVT Rio Pinar Plaza Orlando LLC et al | filed 02/28/23 | closed 05/24/23 |
| [6:23-cv-00359-CEM-LHP](#) | Wagner v. IVT Rio Pinar Plaza Orlando LLC et al | filed 02/28/23 | closed 08/11/23 |
| [6:23-cv-00584-WWB-LHP](#) | Wagner v. 400-688 N. Alafaya Trail LLC et al | filed 03/31/23 | closed 06/30/23 |
| [6:23-cv-00585-PGB-E_K](#) | Wagner v. Salijanin, LLC et al | filed 03/31/23 | closed 08/15/23 |
| [6:23-cv-00586-PGB-E_K](#) | Wagner v. Sailormen, Inc. | filed 03/31/23 | closed 04/25/23 |
| [6:23-cv-00588-RBD-DCI](#) | Wagner v. 5730 Lake Underhill, LLC et al | filed 03/31/23 | closed 06/07/23 |
| [6:23-cv-00589-CEM-LHP](#) | Wagner v. Pearlman Enterprises, Inc. et al | filed 03/31/23 | closed 06/20/23 |
| [6:23-cv-00772-WWB-E_K](#) | Wagner v. Circle K Stores Inc. | filed 04/28/23 | closed 07/24/23 |
| [6:23-cv-00774-PGB-DCI](#) | Wagner v. Dominguez et al | filed 04/28/23 | closed 06/20/23 |
| [6:23-cv-00775-PGB-RMN](#) | Wagner v. Sunshine Restaurant Merger Sub LLC | filed 04/28/23 | closed 08/02/23 |
| [6:23-cv-00776-JA-LHP](#) | Wagner v. Versailles II, Inc et al | filed 04/28/23 | closed 07/28/23 |
| [6:23-cv-00777-RBD-LHP](#) | Wagner v. Emily D. Metz Revocable Trust et al | filed 04/28/23 | closed 08/14/23 |

| 6:23-cv-00778-JA-DCI | Wagner v. K And S Group, LLC et al | filed 04/28/23 | closed 07/27/23 |
|---|---|---|---|
| 6:23-cv-00999-PGB-LHP | Wagner v. LSG1 Chickasaw Trail, LLC et al | filed 05/31/23 | closed 09/18/23 |
| 6:23-cv-01000-PGB-LHP | Wagner v. Deland RE Investment, LLC et al | filed 05/31/23 | closed 08/01/23 |
| 6:23-cv-01001-CEM-DCI | Wagner v. Aloma Bowling Center East Inc | filed 05/31/23 | closed 12/19/23 |
| 6:23-cv-01002-RBD-DCI | Wagner v. LSG1 Chickasaw Trail, LLC et al | filed 05/31/23 | closed 09/18/23 |
| 6:23-cv-01216-WWB-LHP | Wagner v. DMV Investment Orlando LLC et al | filed 06/30/23 | closed 10/11/23 |
| 6:23-cv-01217-CEM-LHP | Wagner v. Curry Ford Plaza Inc. et al | filed 06/30/23 | closed 10/05/23 |
| 6:23-cv-01218-PGB-RMN | Wagner v. Osceola Enterprise Of Kissimmee Inc. et al | filed 06/30/23 | closed 08/11/23 |
| 6:23-cv-01219-CEM-RMN | Wagner v. Paeres Investments Services Inc. et al | filed 06/30/23 | closed 11/14/23 |
| 6:23-cv-01220-CEM-RMN | Wagner v. Truism Group Inc. et al | filed 06/30/23 | closed 11/14/23 |
| 6:23-cv-01221-CEM-LHP | Wagner v. Deltona Landings LLC et al | filed 06/30/23 | closed 09/13/23 |
| 6:23-cv-01455-RBD-E_K | Wagner v. The Cobblestone Group Company et al | filed 07/31/23 | closed 01/10/24 |
| 6:23-cv-01456-RBD-RMN | Wagner v. FU HWA III LC et al | filed 07/31/23 | closed 12/16/23 |
| 6:23-cv-01458-CEM-E_K | Wagner v. Pullum et al | filed 07/31/23 | closed 09/13/23 |

| | | | |
|---|---|---|---|
| [6:23-cv-01669-RBD-DCI](#) | Wagner v. Barbara A. Fishel Trust et al | filed 08/31/23 | closed 12/13/23 |
| [6:23-cv-01673-RBD-RMN](#) | Wagner v. Barbara A. Fishel Trust et al | filed 08/31/23 | closed 12/18/23 |
| [6:23-cv-01674-WWB-DCI](#) | Wagner v. Jebarron 55 LLC et al | filed 08/31/23 | closed 12/08/23 |
| [6:23-cv-01874-WWB-RMN](#) | Wagner v. Jaade Milk LLC et al | filed 09/28/23 | closed 04/10/24 |
| [6:23-cv-01875-RBD-LHP](#) | Wagner v. Local Honey LLC et al | filed 09/28/23 | closed 12/12/23 |
| [6:23-cv-01876-RBD-E_K](#) | Wagner v. Chu et al | filed 09/28/23 | closed 12/13/23 |
| [6:23-cv-01877-WWB-RMN](#) | Wagner v. Yogiraj Two LLC | filed 09/28/23 | closed 12/08/23 |
| [6:23-cv-02094-RBD-LHP](#) | Wagner v. Two Spurs, LLC | filed 10/30/23 | closed 03/05/24 |
| [6:23-cv-02095-JA-DCI](#) | Wagner v. Deno Dikeou Trust et al | filed 10/30/23 | closed 01/24/24 |
| [6:23-cv-02096-ACC-RMN](#) | Wagner v. Se7en Bites LLC | filed 10/30/23 | closed 01/30/24 |
| [6:23-cv-02097-ACC-E_K](#) | Wagner v. R&M Retail LP et al | filed 10/30/23 | closed 02/26/24 |
| [6:23-cv-02098-JA-RMN](#) | Wagner v. Blye et al | filed 10/30/23 | closed 03/15/24 |
| [6:23-cv-02293-JA-DCI](#) | Wagner v. Lake Nona Marketplace LLC et al | filed 11/30/23 | closed 01/23/24 |
| [6:23-cv-02294-ACC-RMN](#) | Wagner v. Prishma Enterprise Inc. et al | filed 11/30/23 | closed 03/26/24 |

| [6:23-cv-02295-ACC-RMN](#) | Wagner v. CSIM Nona Park Title Holder LLC et al | filed 11/30/23 | closed 01/17/24 |
|---|---|---|---|
| [6:24-cv-01833-PGB-RMN](#) | Wagner v. PGM Corp et al | filed 10/11/24 | closed 02/25/25 |
| [6:24-cv-01834-RBD-UAM](#) | Wagner v. WETC Prop 2 LLC et al | filed 10/11/24 | closed 03/11/25 |
| [6:24-cv-01835-WWB-DCI](#) | Wagner v. Klav Enterprise Group, LLC | filed 10/11/24 | closed 01/09/25 |
| [6:24-cv-01836-PGB-UAM](#) | Wagner v. H&D Associates LLC et al | filed 10/11/24 | closed 03/24/25 |
| [6:24-cv-01837-JSS-DCI](#) | Wagner v. Vision Assets LLC et al | filed 10/11/24 | closed 03/28/25 |
| [6:24-cv-01838-JSS-E_K](#) | Wagner v. Diamond Coast Investments, Corp. et al | filed 10/11/24 | closed 12/20/24 |
| [6:24-cv-01839-WWB-DCI](#) | Wagner v. WES Investments Subsidiary, LLC et al | filed 10/11/24 | closed 01/24/25 |
| [6:24-cv-01840-PGB-LHP](#) | Wagner v. Maala Maala LLC et al | filed 10/11/24 | closed 11/06/24 |
| [6:24-cv-01842-RBD-DCI](#) | Wagner v. Mehr Realty, LLC et al | filed 10/11/24 | closed 03/27/25 |
| [6:24-cv-01843-PGB-LHP](#) | Wagner v. House Of Christ Ministries, Inc. et al | filed 10/11/24 | closed 03/19/25 |
| [6:24-cv-02010-JSS-LHP](#) | Wagner v. Delhaye Simon at Sanford Avenue LLC et al | filed 11/05/24 | closed 05/01/25 |
| [6:24-cv-02011-CEM-RMN](#) | Wagner v. Azam et al | filed 11/05/24 | closed 03/19/25 |
| [6:24-cv-02012-JSS-UAM](#) | Wagner v. M&G Land Acquisition, L.L.C. et al | filed 11/05/24 | closed 01/21/25 |

| | | | |
|---|---|---|---|
| [6:24-cv-02013-JSS-UAM](#) | Wagner v. Michael L. Brewer TR et al | filed 11/05/24 | closed 01/23/25 |
| [6:24-cv-02014-JSS-UAM](#) | Wagner v. Kepler Family Enterprises, LLC et al | filed 11/05/24 | closed 02/05/25 |
| [6:24-cv-02015-JSS-DCI](#) | Wagner v. Ramco USA Development Corporation et al | filed 11/05/24 | closed 01/23/25 |
| [6:24-cv-02016-PGB-UAM](#) | Wagner v. Airpanchos Properties, LLC et al | filed 11/05/24 | closed 02/12/25 |
| [6:24-cv-02017-WWB-DCI](#) | Wagner v. Judy R. Schuler TR | filed 11/05/24 | closed 03/17/25 |
| [6:24-cv-02018-CEM-RMN](#) | Wagner v. Bauerle SR TR | filed 11/05/24 | closed 01/30/25 |
| [6:24-cv-02019-PGB-DCI](#) | Wagner v. Finback Investments, LLC et al | filed 11/05/24 | closed 03/06/25 |
| [6:24-cv-02331-JSS-DCI](#) | Wagner v. Wetherington et al | filed 12/23/24 | closed 05/01/25 |
| [6:24-cv-02332-PGB-DCI](#) | Wagner v. Deltona Square LLC et al | filed 12/23/24 | closed 04/30/25 |
| [6:24-cv-02333-PGB-LHP](#) | Wagner v. Milan's F & K Investments LLC et al | filed 12/23/24 | closed 03/13/25 |
| [6:24-cv-02334-PGB-DCI](#) | Wagner v. Martha G Baker Trust et al | filed 12/23/24 | closed 03/19/25 |
| [6:24-cv-02336-CEM-LHP](#) | Wagner v. John M Daly Sr TR et al | filed 12/23/24 | closed 05/20/25 |
| [6:24-cv-02337-WWB-LHP](#) | Wagner v. Heidner III LLC | filed 12/23/24 | closed 03/27/25 |
| [6:24-cv-02338-GAP-UAM](#) | Wagner v. Garcias Mexican Grill Corp | filed 12/23/24 | closed 03/04/25 |

| 6:24-cv-02339-WWB-UAM | Wagner v. Csonka Lands LLC et al | filed 12/23/24 | closed 02/06/25 |
| 6:24-cv-02340-GAP-DCI | Wagner v. 400 North Primrose Drive LLC et al | filed 12/23/24 | closed 02/26/25 |
| 6:24-cv-02341-WWB-RMN | Wagner v. Soto et al | filed 12/23/24 | closed 03/18/25 |
| 6:25-cv-00149-JSS-RMN | Wagner v. Robert U. Norman Trust et al | filed 01/31/25 | closed 07/16/25 |
| 6:25-cv-00150-GAP-LHP | Wagner v. Chason Holdings LLC et al | filed 01/31/25 | closed 04/23/25 |
| 6:25-cv-00151-JA-LHP | Wagner v. Prospere II Investments LLC et al | filed 01/31/25 | closed 04/02/25 |
| 6:25-cv-00152-GAP-DCI | Wagner v. Regency Square Bldg LLC et al | filed 01/31/25 | closed 07/22/25 |
| 6:25-cv-00153-JSS-NWH | Wagner v. Virginia-Sacramento Investments LLC et al | filed 01/31/25 | closed 06/30/25 |
| 6:25-cv-00154-CEM-DCI | Wagner v. Rodriguez et al | filed 01/31/25 | closed 04/10/25 |
| 6:25-cv-00155-JSS-LHP | Wagner v. Fike et al | filed 01/31/25 | closed 07/01/25 |
| 6:25-cv-00156-JSS-DCI | Wagner v. Christian Center of God of Seminole County Inc et al | filed 01/31/25 | closed 05/02/25 |
| 6:25-cv-00157-GAP-LHP | Wagner v. Longwood Lakes Ltd et al | filed 01/31/25 | closed 04/23/25 |
| 6:25-cv-00158-CEM-LHP | Wagner v. MJB Chelsea Ocean Village LLC et al | filed 01/31/25 | closed 06/13/25 |
| 6:25-cv-00343-JA-RMN | Wagner v. Tavern Square Properties LLC et al | filed 02/28/25 | closed 06/26/25 |

| 6:25-cv-00344-PGB-DCI | Wagner v. Kiwon Property LLC et al | filed 02/28/25 | closed 04/25/25 |
|---|---|---|---|
| 6:25-cv-00345-JSS-DCI | Wagner v. BT Company, LLC et al | filed 02/28/25 | closed 08/20/25 |
| 6:25-cv-00346-JA-DCI | Wagner v. 2003 Realty Company LLC et al | filed 02/28/25 | closed 08/14/25 |
| 6:25-cv-00348-RBD-LHP | Wagner v. Chaweewan Rittichai Trust et al | filed 02/28/25 | closed 07/17/25 |
| 6:25-cv-00349-GAP-LHP | Wagner v. 401 N Semoran Blvd LLC et al | filed 02/28/25 | closed 04/22/25 |
| 6:25-cv-00350-JSS-RMN | Wagner v. Primakushi LLC et al | filed 02/28/25 | closed 04/17/25 |
| 6:25-cv-00351-JA-UAM | Wagner v. Winter Park Investment Group DE LLC et al | filed 02/28/25 | closed 05/12/25 |
| 6:25-cv-00768-WWB-RMN | Wagner v. National South LLC et al | filed 05/01/25 | closed 08/20/25 |
| 6:25-cv-00769-PGB-RMN | Wagner v. Beaulieu Holdings LLC et al | filed 05/01/25 | closed 06/26/25 |
| 6:25-cv-00770-PGB-DCI | Wagner v. Shokudo 413 LLC et al | filed 05/01/25 | closed 06/16/25 |
| 6:25-cv-00771-WWB-LHP | Wagner v. Moi Daytona Hotel Prop LLC et al | filed 05/01/25 | closed 08/15/25 |
| 6:25-cv-00772-CEM-LHP | Wagner v. Lilly Rose Holdings LLC et al | filed 05/01/25 | closed 07/30/25 |
| 6:25-cv-00773-RBD-LHP | Wagner v. KDL III, LLC et al | filed 05/01/25 | closed 08/28/25 |
| 6:25-cv-01006-JSS-RMN | Wagner v. Fei et al | filed 06/06/25 | closed 07/02/25 |

| [6:25-cv-01007-JSS-LHP](#) | Wagner v. 424 Bumby LLC et al | filed 06/06/25 | closed 07/08/25 |
| [6:25-cv-01008-CEM-RMN](#) | Wagner v. Belly Busters, LLC | filed 06/06/25 | closed 10/09/25 |
| [6:25-cv-01009-PGB-RMN](#) | Wagner v. Haverty Furniture Companies Inc | filed 06/06/25 | closed 08/15/25 |
| [6:25-cv-01010-JSS-LHP](#) | Wagner v. Giberti et al | filed 06/06/25 | closed 09/15/25 |
| [6:25-cv-01011-CEM-DCI](#) | Wagner v. Wiley et al | filed 06/06/25 | closed 10/22/25 |
| [6:25-cv-01012-RBD-NWH](#) | Wagner v. Pinter Enterprises Inc. | filed 06/06/25 | closed 08/13/25 |
| [6:25-cv-01332-JSS-LHP](#) | Wagner v. Garber Capital LLC et al | filed 07/17/25 | closed 11/13/25 |
| [6:25-cv-01333-CEM-NWH](#) | Wagner v. The SAS Family Trust | filed 07/17/25 | closed 10/09/25 |
| [6:25-cv-01334-WWB-RMN](#) | Wagner v. Vicari et al | filed 07/17/25 | closed 09/16/25 |
| [6:25-cv-01335-WWB-DCI](#) | Wagner v. Deland Group Holding LLC et al | filed 07/17/25 | closed 09/26/25 |
| [6:25-cv-01336-WWB-DCI](#) | Wagner v. Appadana Investment Group LLC et al | filed 07/17/25 | closed 10/21/25 |
| [6:25-cv-01337-WWB-NWH](#) | Wagner v. HV Family LLC et al | filed 07/17/25 | closed 09/05/25 |
| [6:25-cv-01338-CEM-LHP](#) | Wagner v. Simon Parrilla Management LLC et al | filed 07/17/25 | closed 09/19/25 |
| [6:25-cv-01597-RBD-LHP](#) | Wagner v. MillStone Commercial LLC et al | filed 08/21/25 | closed 10/23/25 |

| 6:25-cv-01600-JSS-LHP | Wagner v. Daytona Beach Center LLC et al | filed 08/21/25 | closed 10/01/25 |
|---|---|---|---|
| 6:25-cv-01602-PGB-RMN | Wagner v. ButterCup Bakery Inc. | filed 08/21/25 | closed 10/02/25 |
| 6:25-cv-01603-JSS-NWH | Wagner v. Spring Garden Land Co LLC et al | filed 08/21/25 | closed 10/29/25 |
| 6:25-cv-01605-JSS-RMN | Wagner v. JLT Partnership et al | filed 08/21/25 | |
| 6:25-cv-01606-CEM-LHP | Wagner v. Linssens et al | filed 08/21/25 | |
| 6:25-cv-01607-PGB-LHP | Wagner v. Colon et al | filed 08/21/25 | closed 10/14/25 |
| 6:25-cv-01608-RBD-NWH | Wagner v. JAI Investments LLC et al | filed 08/21/25 | closed 10/23/25 |
| 6:25-cv-01798-RBD-NWH | Wagner v. Discount Auto Parts LLC | filed 09/17/25 | closed 10/16/25 |
| 6:25-cv-01799-JSS-NWH | Wagner v. J.K. Of Central FL LLC et al | filed 09/17/25 | closed 11/26/25 |
| 6:25-cv-01800-JSS-LHP | Wagner v. Port Orange 201 LLC et al | filed 09/17/25 | |
| 6:25-cv-01801-JSS-DCI | Wagner v. Zahn et al | filed 09/17/25 | |
| 6:25-cv-01802-AGM-RMN | Wagner v. SorryCharliesCorner LLC | filed 09/17/25 | closed 11/24/25 |
| 6:25-cv-01803-PGB-LHP | Wagner v. Alpha Transgalactic Inc | filed 09/17/25 | |
| 6:25-cv-01804-PGB-NWH | Wagner v. The Twisted Chopstick, Inc. | filed 09/17/25 | |

| [6:25-cv-01989-RBD-NWH](#) | Wagner v. IOA Properties LLC et al | filed 10/15/25 |
| [6:25-cv-01990-RBD-NWH](#) | Wagner v. Chicas Cuban Cafe LLC | filed 10/15/25 |
| [6:25-cv-01991-AGM-DCI](#) | Wagner v. Commons 4075 LLC et al | filed 10/15/25 |
| [6:25-cv-01992-GAP-RMN](#) | Wagner v. KMTM Enterprises "Limited Liability Company" et al | filed 10/15/25 |
| [6:25-cv-01993-GAP-NWH](#) | Wagner v. Walter L. Gilmore Trust et al | filed 10/15/25 |
| [6:25-cv-01994-CEM-DCI](#) | Wagner v. AKF, LLC et al | filed 10/15/25 closed 11/17/25 |
| [6:25-cv-01995-GAP-NWH](#) | Wagner v. Wingate Rentals LLC et al | filed 10/15/25 |
| [6:25-cv-01996-JA-RMN](#) | Wagner v. Delnice Corporation et al | filed 10/15/25 |
| [6:25-cv-02239-PGB-RMN](#) | Wagner v. Swetman Building LLLP et al | filed 11/21/25 |
| [6:25-cv-02240-GAP-DCI](#) | Wagner v. Deno Dikeou Trust et al | filed 11/21/25 |
| [6:25-cv-02241-GAP-DCI](#) | Wagner v. Star Property Leases Inc et al | filed 11/21/25 |
| [6:25-cv-02242-GAP-DCI](#) | Wagner v. PJB Properties, LLC et al | filed 11/21/25 |
| [6:25-cv-02244-GAP-LHP](#) | Wagner v. TCB-WCO LLC et al | filed 11/21/25 |
| [6:25-cv-02245-RBD-NWH](#) | Wagner v. Tinh Duy Nguyen Revocable Living Trust et al | filed 11/21/25 |

6:25-cv-02246-CEM-RMN          Wagner v. Elite Premiere Investments LLC et al          filed 11/21/25

6:25-cv-02247-JSS-DCI          Wagner v. Store Master Funding IX LLC et al          filed 11/21/25

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/03/2025 11:33:54 | | | |
| PACER Login: | litschlaw | Client Code: | |
| Description: | Search | Search Criteria: | Last Name: wagner First Name: tavia |
| Billable Pages: | 11 | Cost: | 1.10 |